DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DON J. BRADY,**
Appellant,

v.

**BEVERLY ANN BARTA,**
Appellee.

No. 4D17-718

[November 16, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kathleen Kroll, Judge; L.T. Case No. 50-2012-DR-009328 XXXXNB (FJ).

Donna P. Levine of Levine & Susaneck, P.A., Palm Springs, for appellant.

Timothy W. Gaskill of Smith, Gaskill & Shenkman, P.A., North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***